TERRY LACLAIRE (SMITH) MARTIN,    )
                                  )
        Plaintiff/Appellee,       )
                                  )        Appeal No.
                                  )        01-A-01-9507-GS-00292
VS.                               )
                                  )        Wilson General Sessions
                                  )        No. 4219
RAY WILLARD MARTIN,               )
                                  )
        Defendant/Appellant.      )

FILED

Nov. 9, 1995

Cecil Crowson, Jr.
Appellate Court Clerk

COURT OF APPEALS OF TENNESSEE
MIDDLE SECTION AT NASHVILLE

APPEALED FROM THE GENERAL SESSIONS COURT OF WILSON COUNTY
AT LEBANON, TENNESSEE

THE HONORABLE ROBERT HAMILTON, JUDGE

GRAYSON SMITH CANNON
CANNON, CANNON & COOPER, P.C.
One NorthChase
1000 NorthChase Drive, Suite 109
P. O. Box 749
Goodlettsville, Tennessee  37070-0749
        Attorney for Plaintiff/Appellee

GEORGE J. DUZANE
DUZANE, KOOPERMAN & MONDELLI
One Church Street, Suite 300
Nashville, Tennessee  37201
        Attorney for Defendant/Appellant

AFFIRMED AND REMANDED

BEN H. CANTRELL, JUDGE

CONCUR:
TODD, P.J., M.S.
LEWIS, J.

## MEMORANDUM OPINION[1]

The General Sessions Court of Wilson County granted the wife a divorce after a six month marriage. The court ordered the marital residence sold and the wife paid $2,000 for her attorney's fees and $10,000 to equalize her equity in the property. After the deductions, the balance of the equity was to be split evenly between the parties.

On appeal the appellant has raised issues concerning the $2,000 and the $10,000 awarded to the wife, and the wife has asked the court to award her additional fees for her attorney's services on appeal.

We concur in the findings of the court below and, therefore, affirm that court's final judgment. In addition, we are of the opinion that the appellee is entitled to attorney's fees on appeal. We remand the case to the trial court for the determination of the amount to which the appellee is entitled.

Tax the costs on appeal to the appellant.

_____
BEN H. CANTRELL, JUDGE

---

[1]Rule 10(b) of the Rules of the Court of Appeals reads as follows:

The Court, with the concurrence of all judges participating in the case, may affirm, reverse or modify the actions of the trial court by memorandum opinion when a formal opinion would have no precedential value. When a case is decided by memorandum opinion it shall be designated "MEMORANDUM OPINION," shall not be published, and shall not be cited or relied on for any reason in a subsequent unrelated case.

CONCUR:

- 3 -

_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION


_____
SAMUEL L. LEWIS, JUDGE